**Sonia Maria COLE, Debtor–Appellant,**

v.

**MERRICK REALTY, INC.,
Creditor–Appellee.**

**Docket No. 04–1583.**

United States Court of Appeals,
Second Circuit.

July 21, 2005.

Sonia M. Cole, Ozone Park, NY, for Appellant, pro se.

Andrea Zinno, The Law Office of Andrea Zinno, New York, NY, for Appellee.

Present: WESLEY, HALL, Circuit Judges, and SCULLIN,[1] Chief District Judge.

## SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court be **AFFIRMED.**

Familiarity by the parties is assumed as to the facts, the procedural context, and the specification of appellate issues. After reviewing for abuse of discretion the district court order denying Cole's Rule 60(b) motion, we now affirm.

Cole has failed to present arguments different from those already properly rejected by the district court, and cites no decisions overlooked by the district court necessitating a different result. Thus, Cole has not satisfied the strict standard which requires her to point to controlling decisions or data that the court overlooked, and we cannot conclude that the district court abused its discretion. *See Shrader v. CSX Transp.* 70 F.3d 255, 257 (2d Cir.1995).

Accordingly, for the reasons set forth above, the judgment of the District Court is hereby affirmed.

---

1. The Honorable Frederick J. Scullin, Jr., Chief Judge of the United States District Court for the Northern District of New York, sitting by designation.